IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JEREMY ANTWON STEELE, )<br> )<br>    Petitioner, )<br> )      CIVIL ACTION NO.<br>    v. )         2:19cv595-MHT<br> )              (WO)<br>UNITED STATES OF AMERICA, )<br> )<br>    Respondent. ) | |

## OPINION

Pursuant to 28 U.S.C. § 2255, petitioner, a federal inmate, filed this lawsuit seeking to overturn a conviction and to obtain a reduced sentence. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the petition be denied. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of April, 2022.

                          /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE